MICHAEL J. AGOGLIA (CA SBN 154810)
MAgoglia@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

MICHAEL STUSIAK (CA SBN 142952)
MStusiak@mofo.com
MORRISON & FOERSTER LLP
400 Capitol Mall, Suite 2600
Sacramento, California 95814-4428
Telephone: 916.448.3200

Attorneys for Defendant
JP MORGAN CHASE BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA Y. COWARD,<br><br>                    Plaintiff,<br><br>      v.<br><br>JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, and DOES 1-20,<br><br>                    Defendant(s). | No. 2:11-cv-3378-GEB-DAD PS<br><br>**ORDER GRANTING JPMORGAN'S EX PARTE APPLICATION FOR EXTENSION TO FILE RESPONSIVE PLEADING.** |

1  The Court, having considered defendant JP Morgan Chase Bank's ("JPMorgan") *Ex Parte* Application for Extension of Time to File Responsive Pleading, and finding good cause for granting the requested relief, IT IS HEREBY ORDERED THAT:

JPMorgan's deadline for filing its initial responsive pleading is extended from December 27, 2011, until January 24, 2012.

Dated: December 21, 2011

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.prose\coward3378.exparte.eot.ord