1  MICHAEL J. AGOGLIA (CA SBN 154810)
   MAgoglia@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California  94105-2482
   Telephone: 415.268.7000
4  Facsimile:  415.268.7522

5  MICHAEL STUSIAK (CA SBN 142952)
   MStusiak@mofo.com
6  MORRISON & FOERSTER LLP
   400 Capitol Mall, Suite 2600
7  Sacramento, California  95814-4428
   Telephone: 916.448.3200

8
   Attorneys for Defendant
9  JP MORGAN CHASE BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA Y. COWARD,<br><br>           Plaintiff,<br><br>     v.<br><br>JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, and DOES 1-20,<br><br>           Defendant(s). | No. 2:11-cv-3378-GEB-DAD PS<br><br>**ORDER GRANTING JPMORGAN'S EX PARTE APPLICATION FOR EXTENSION TO FILE RESPONSIVE PLEADING.** |

1  The Court, having considered defendant JP Morgan Chase Bank's ("JPMorgan") *Ex Parte*
2  Application for Extension of Time to File Responsive Pleading, and finding good cause for
3  granting the requested relief, IT IS HEREBY ORDERED THAT:
4  JPMorgan's deadline for filing its initial responsive pleading is extended from
5  December 27, 2011, until January 24, 2012.
6  Dated:  December 21, 2011

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.prose\coward3378.exparte.eot.ord