IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANA Y. COWARD,

    Plaintiff,          No. 2:11-cv-3378 GEB DAD PS

    vs.

JP MORGAN CHASE BANK,      ORDER
NATIONAL ASSOCIATION, AND
DOES 1-20,

    Defendants.

_____/

        Defendants removed this action to federal court on December 20, 2011. At that time, plaintiff was proceeding pro se. Accordingly, this action was referred to the undersigned Magistrate Judge for all dispositive and non-dispositive motions and matters pursuant to Local Rule 302(c)(20). However, on January 12, 2012, a notice of appearance by counsel for plaintiff was filed with the court. Because plaintiff is now represented by counsel, all pretrial matters other than discovery motions should now be noticed before the District Judge assigned to this action. Local Rule 302(c)(20). The undersigned will continue to perform all duties in connection with this action described in Local Rule 302(c)(1)-(20).

        Accordingly, IT IS HEREBY ORDERED that:

        1. This matter is referred back to the District Judge assigned to this action;

1

2. All dates pending before the undersigned are vacated; and

3. The caption on documents filed in this action shall now reflect the case number No. 2:11-cv-3378 GEB DAD.

IT IS SO ORDERED.

DATED: January 19, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
DDAD1\orders.pro se\coward3378.ref