1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DANA Y. COWARD,

11          Plaintiff,              No. 2:11-cv-3378 GEB DAD PS

12       vs.

13   JP MORGAN CHASE BANK,          ORDER
     NATIONAL ASSOCIATION, AND
14   DOES 1-20,

15          Defendants.

16   _____/

17          Defendants removed this action to federal court on December 20,2011.  At that

18   time, plaintiff was proceeding pro se.  Accordingly, this action was referred to the undersigned

19   Magistrate Judge for all dispositive and non-dispositive motions and matters pursuant to Local

20   Rule 302(c)(20).  However, on January 12, 2012, a notice of appearance by counsel for plaintiff

21   was filed with the court.  Because plaintiff is now represented by counsel, all pretrial matters

22   other than discovery motions should now be noticed before the District Judge assigned to this

23   action.  Local Rule 302(c)(20).  The undersigned will continue to perform all duties in

24   connection with this action described in Local Rule 302(c)(1)-(20).

25          Accordingly, IT IS HEREBY ORDERED that:

26          1.  This matter is referred back to the District Judge assigned to this action;

1

2.  All dates pending before the undersigned are vacated; and

3.  The caption on documents filed in this action shall now reflect the case number No. 2:11-cv-3378 GEB DAD.

IT IS SO ORDERED.

DATED: January 19, 2012.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
DDAD1\orders.pro se\coward3378.ref

2