1  MICHAEL J. AGOGLIA (CA SBN 154810)
   MAgoglia@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California  94105-2482
   Telephone: 415.268.7000
4  Facsimile:  415.268.7522

5  MICHAEL STUSIAK (CA SBN 142952)
   MStusiak@mofo.com
6  MORRISON & FOERSTER LLP
   400 Capitol Mall, Suite 2600
7  Sacramento, California  95814-4428
   Telephone: 916.448.3200

8
   Attorneys for Defendant
9  JPMORGAN CHASE BANK, N.A.

10

11                        UNITED STATES DISTRICT COURT

12                       EASTERN DISTRICT OF CALIFORNIA

13

14  DANA Y. COWARD,                          Case No.  2:11-cv-03378-GEB-DAD

15                 Plaintiff,                 **STIPULATION AND ORDER RE
                                             FILING AMENDED
16        v.                                 COMPLAINT AND
                                             DEFENDANT'S RESPONSIVE
17  JPMORGAN CHASE BANK, NATIONAL            PLEADING.**
    ASSOCIATION, and DOES 1-20,
18
                   Defendant(s).
19

20

21        Pursuant to Civil Local Rule 6-144 (a), it is hereby stipulated by and between plaintiff

22  Dana Y. Coward ("Plaintiff") and defendant JPMorgan Chase Bank, N.A. ("JPMorgan"), through

23  their respective counsel, as follows:

24        WHEREAS:  the Court previously granted JPMorgan's *ex parte* application to extend its

25  deadline to file a responsive pleading to Plaintiff's initial complaint, filed *in propria persona*,

26  from December 27, 2011, to January 24, 2012; and .

27        WHEREAS:  Plaintiff recently retained counsel to represent her in this litigation, and

28  counsel intends to file an amended complaint substantially revising Plaintiff's claims; and

STIPULATION AND ORDER RE FILING AMENDED COMPLAINT
Case No.  2:11-cv-03378-GEB-DAD
sa-65284

1    WHEREAS:  The parties agree Plaintiff's intention to amend her complaint moots

2    JPMorgan's need to respond to Plaintiff's initial complaint:

3    **NOW, THEREFORE, PLAINTIFF AND JPMORGAN DO HEREBY STIPULATE**

4    **AS FOLLOWS:**

5    1.    JPMorgan's current January 24, 2012, deadline to respond to Plaintiff's original

6    complaint is vacated.

7

8    2.    Plaintiff will file her first amended complaint on or before January 27, 2012.

9    3.    JPMorgan's deadline to file a responsive pleading to the first amended complaint

10   is February 28, 2012.

11   Dated: January 18, 2012          MICHAEL STUSIAK
                                      MORRISON & FOERSTER LLP
12

13                                    By:    /s/ Michael Stusiak
                                             MICHAEL STUSIAK
14
                                      Attorneys for Defendant
15                                    JPMorgan Chase Bank N.A.

16
     Dated: January 18, 2012          KEITH R. OLIVER
17                                    OLIVER & ASSOCIATES

18                                    By:    /s/ Keith Oliver
                                             KEITH OLIVER
19
                                      Attorneys for Plaintiff
20                                    Dana Y. Coward

21

22

23       IT IS SO ORDERED

24       **Date:  2/3/2012**

25

26                                    _____
                                      GARLAND E. BURRELL, JR.
27                                    United States District Judge

28

STIP AND ORDER RE FILING AMENDED COMPLAINT
Case No.  2:11-cv-03378-GEB-DAD                                        1
sa-65284