MICHAEL J. AGOGLIA (CA SBN 154810)
MAgoglia@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

MICHAEL STUSIAK (CA SBN 142952)
MStusiak@mofo.com
MORRISON & FOERSTER LLP
400 Capitol Mall, Suite 2600
Sacramento, California  95814-4428
Telephone: 916.448.3200

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA Y. COWARD,<br><br>              Plaintiff,<br><br>       v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and DOES 1-20,<br><br>              Defendant(s). | Case No.  2:11-cv-03378-GEB-DAD<br><br>**STIPULATION AND ORDER RE FILING AMENDED COMPLAINT AND DEFENDANT'S RESPONSIVE PLEADING.** |

Pursuant to Civil Local Rule 6-144 (a), it is hereby stipulated by and between plaintiff Dana Y. Coward ("Plaintiff") and defendant JPMorgan Chase Bank, N.A. ("JPMorgan"), through their respective counsel, as follows:

WHEREAS:  the Court previously granted JPMorgan's *ex parte* application to extend its deadline to file a responsive pleading to Plaintiff's initial complaint, filed *in propria persona,* from December 27, 2011, to January 24, 2012; and .

WHEREAS:  Plaintiff recently retained counsel to represent her in this litigation, and counsel intends to file an amended complaint substantially revising Plaintiff's claims; and

WHEREAS: The parties agree Plaintiff's intention to amend her complaint moots JPMorgan's need to respond to Plaintiff's initial complaint:

**NOW, THEREFORE, PLAINTIFF AND JPMORGAN DO HEREBY STIPULATE AS FOLLOWS:**

1. JPMorgan's current January 24, 2012, deadline to respond to Plaintiff's original complaint is vacated.

2. Plaintiff will file her first amended complaint on or before January 27, 2012.

3. JPMorgan's deadline to file a responsive pleading to the first amended complaint is February 28, 2012.

Dated: January 18, 2012

MICHAEL STUSIAK
MORRISON & FOERSTER LLP

By:  /s/ Michael Stusiak
     MICHAEL STUSIAK

Attorneys for Defendant
JPMorgan Chase Bank N.A.

Dated: January 18, 2012

KEITH R. OLIVER
OLIVER & ASSOCIATES

By:  /s/ Keith Oliver
     KEITH OLIVER

Attorneys for Plaintiff
Dana Y. Coward

IT IS SO ORDERED

**Date: 2/3/2012**

GARLAND E. BURRELL, JR.
United States District Judge

STIP AND ORDER RE FILING AMENDED COMPLAINT
Case No.  2:11-cv-03378-GEB-DAD
sa-65284

1