```
                 IN THE UNITED STATES DISTRICT COURT

               FOR THE EASTERN DISTRICT OF CALIFORNIA


DANA Y. COWARD,                    )
                                   )   2:11-cv-03378-GEB-DAD
          Plaintiff,               )
                                   )
     v.                            )   STATUS (PRETRIAL SCHEDULING)
                                   )   ORDER
JP MORGAN CHASE BANK,              )
                                   )
          Defendant.*              )
_____  )
```

The status (pretrial scheduling) conference scheduled for hearing on July 9, 2012, is vacated since the parties' Joint Status Report filed on June 22, 2012 ("JSR") indicates the following Order should issue.

### DISMISSAL OF DOE DEFENDANTS

Since the parties state in the JSR that they "no not anticipate joining any additional parties," Does 1-20 are dismissed.

### SERVICE, JOINDER OF ADDITIONAL PARTIES, AMENDMENT

Other than the amendment that was authorized in the June 15, 2012 Order granting and denying in part Defendant's dismissal motion, no

---

\* The caption has been amended according to the Dismissal of Doe Defendants portion of this Order.

1

1 further service, joinder of parties, or amendments to pleadings is
2 permitted, except with leave of Court for good cause shown.

### DISCOVERY

All discovery shall be completed by August 21, 2013. In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate orders, if necessary, and, where discovery has been ordered, the order has been complied with or, alternatively, the time allowed for such compliance shall have expired.

Each party shall comply with Federal Rule of Civil Procedure 26(a)(2)(B) and (C)'s initial expert witness disclosure requirements on or before March 22, 2013, and any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(D)(ii) on or before April 22, 2013.

### MOTION HEARING SCHEDULE

The last hearing date for a motion is October 21, 2013, commencing at 9:00 a.m.[1] A motion shall be briefed as prescribed in Local Rule 230.

The parties are cautioned that an untimely motion characterized as a motion in limine may be summarily denied. A motion in limine addresses the admissibility of evidence.

---

[1] This time deadline does not apply to motions for continuances, temporary restraining orders, emergency applications, or motions under Rule 16(e) of the Federal Rules of Civil Procedure.

FINAL PRETRIAL CONFERENCE

The final pretrial conference is set for December 16, 2013, at 11:00 a.m. The parties are cautioned that the lead attorney who WILL TRY THE CASE for each party shall attend the final pretrial conference. In addition, all persons representing themselves and appearing in propria persona must attend the pretrial conference.

The parties are warned that **non-trial worthy issues could be eliminated *sua sponte*** "[i]f the pretrial conference discloses that no material facts are in dispute and that the undisputed facts entitle one of the parties to judgment as a matter of law." Portsmouth Square v. S'holders Protective Comm., 770 F.2d 866, 869 (9th Cir. 1985).

The parties shall file a **JOINT** pretrial statement no later than seven (7) calendar days prior to the final pretrial conference. The joint pretrial statement shall address the applicable portions of Local Rule 281(b), and shall set forth each theory of liability ("claim") and affirmative defense which remains to be tried, and the ultimate facts on which each theory/defense is based. Furthermore, each party shall estimate the length of trial.[2] The Court uses the parties' joint pretrial statement to prepare its final pretrial order and could issue the final pretrial order without holding the scheduled final pretrial conference. See Mizwicki v. Helwig, 196 F.3d 828, 833 (7th Cir. 1999)("There is no requirement that the court hold a pretrial conference.").

If feasible, at the time of filing the joint pretrial statement counsel shall also email it in a format compatible with WordPerfect to: geborders@caed.uscourts.gov.

---

[2] If a trial by jury has been preserved, the joint pretrial statement shall also state how much time each party desires for voir dire, opening statements, and closing arguments.

```
 1                              TRIAL SETTING
 2           Trial shall commence at 9:00 a.m. on March 25, 2014.
 3           IT IS SO ORDERED.
 4  Dated:  June 29, 2012
 5
 6                              _____
                                GARLAND E. BURRELL, JR.
 7                              United States District Judge
```

4