1  MICHAEL STUSIAK (CA SBN 142952)
   MStusiak@mofo.com
2  MORRISON & FOERSTER LLP
   400 Capitol Mall, Suite 2600
3  Sacramento, California  95814-4428
   Telephone: 916.448.3200
4
   MICHAEL J. AGOGLIA (CA SBN 154810)
5  MAgoglia@mofo.com
   MORRISON & FOERSTER LLP
6  425 Market Street
   San Francisco, California  94105-2482
7  Telephone: 415.268.7000
   Facsimile:  415.268.7522
8
   Attorneys for Defendant
9  JPMORGAN CHASE BANK, N.A.

10

11                    UNITED STATES DISTRICT COURT

12                    EASTERN DISTRICT OF CALIFORNIA

13

14  DANA Y. COWARD,                          Case No.  2:11-cv-03378-GEB-DAD

15          Plaintiff,                       **STIPULATION AND ORDER RE EXTENSION OF TIME TO**
16      v.                                   **RESPOND TO PLAINTIFF'S**
                                             **THIRD AMENDED COMPLAINT.**
17  JPMORGAN CHASE BANK, NATIONAL
    ASSOCIATION, and DOES 1-20,
18
            Defendant(s).
19

20

21      Pursuant to Civil Local Rule 6-144 (a), it is hereby stipulated by and between plaintiff

22  Dana Y. Coward ("Plaintiff") and defendant JPMorgan Chase Bank, N.A. ("Chase"), through

23  their respective counsel, as follows:

24      WHEREAS:  Plaintiff filed her third amended complaint on June 29, 2012, and Chase's

25  current deadline to file a responsive pleading is Monday, July 16, 2012; and

26      WHEREAS:  The parties wish to discuss resolution of the case, but Chase intends to move

27  to dismiss the amended claims in the third amended complaint if the parties cannot resolve the

28  case; and

STIPULATION AND ORDER RE RESPONSE TO THIRD AMENDED COMPLAINT
Case No.  2:11-cv-03378-GEB-DAD
sa-66278

WHEREAS: The parties cannot practicably engage in such discussions prior to Chase's current July 16, 2012, deadline to respond because Plaintiff is unavailable to confer with her counsel until the later in the work-week of July 9-13, and Plaintiff's counsel will be unavailable for two weeks beginning July 20, returning to work Monday, August 6; and

WHEREAS: The parties wish to extend Chase's deadline to respond to the third amended complaint to accommodate the schedules of Plaintiff and her counsel and enable the parties to practicably discuss resolution of the case before expending resources on further motion practice:

**NOW, THEREFORE, PLAINTIFF AND JPMORGAN DO HEREBY STIPULATE AS FOLLOWS:**

1. Chase's current July 16, 2012, deadline to file a responsive pleading to Plaintiff's third amended complaint is extended to August 17, 2012.

Dated: July 6, 2012

MICHAEL STUSIAK
MORRISON & FOERSTER LLP
By:   /s/ Michael Stusiak
MICHAEL STUSIAK

Attorneys for Defendant
JPMorgan Chase Bank N.A.

Dated: July 6, 2012

KEITH R. OLIVER
OLIVER & ASSOCIATES

By:   /s/ Keith Oliver
KEITH OLIVER

Attorneys for Plaintiff Dana Y. Coward

IT IS SO ORDERED

**Date: 7/6/2012**

GARLAND E. BURRELL, JR.
Senior United States District Judge

STIP AND ORDER RE FILING AMENDED COMPLAINT
Case No.  2:11-cv-03378-GEB-DAD
sa-66278

1