MICHAEL STUSIAK (CA SBN 142952)
MStusiak@mofo.com
MORRISON & FOERSTER LLP
400 Capitol Mall, Suite 2600
Sacramento, California 95814-4428
Telephone: 916.448.3200

MICHAEL J. AGOGLIA (CA SBN 154810)
MAgoglia@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA Y. COWARD,<br><br>        Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and DOES 1-20,<br><br>        Defendant(s). | Case No. 2:11-cv-03378-GEB-DAD<br><br>**STIPULATION AND ORDER RE FURTHER EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT.** |

Pursuant to Civil Local Rule 6-144 (a), it is hereby stipulated by and between plaintiff Dana Y. Coward ("Plaintiff") and defendant JPMorgan Chase Bank, N.A. ("Chase"), through their respective counsel, as follows:

WHEREAS: On July 6, 2012, the Court approved and entered as an order the parties' stipulation to extend Chase's deadline to respond to Plaintiff's Third Amended Complaint from July 16, 2012, until August 17, 2012, in order to enable the parties to discuss resolution of the case and accommodate the unavailability of Plaintiff or her counsel over a substantial period of July; and

WHEREAS:  After the parties engaged in discussions toward resolving the case, Plaintiff's counsel has informed counsel for Chase on August 6, 2012, that Plaintiff has decided to proceed *in propria persona* and has requested her counsel to seek permission from the Court to withdraw from the case pursuant to Local Rule 83-182(d); and

WHEREAS:  The parties agree to extend Chase's deadline to respond to the Third Amended Complaint to accommodate the transition Plaintiff is initiating with respect to her representation, including her counsel's noticed motion to withdraw to be heard on or after September 10, 2012, as well as whatever changes in judicial assignment the Court may undertake pursuant to Local Rules 72-302(c)(21), 72-302(d).  Chase intends to move to dismiss the Third Amended Complaint in whole or in part, and extending Chase's deadline to do so will relieve Plaintiff of immediate duties to respond to such a motion during the transition in her representation and provide Chase with calendaring certainty after the Court determines whether the case will proceed before Judge Burrell or revert to Magistrate Drozd.

**NOW, THEREFORE, PLAINTIFF AND JPMORGAN DO HEREBY STIPULATE AS FOLLOWS:**

1. Chase's current August 17, 2012, deadline to file a responsive pleading to Plaintiff's third amended complaint is extended to September 28, 2012.

Dated: August 10, 2012
MICHAEL STUSIAK
MORRISON & FOERSTER LLP

By:   /s/ Michael Stusiak
MICHAEL STUSIAK

Attorneys for Defendant
JPMorgan Chase Bank N.A.

| | | |
|---|---|---|
| 1 | Dated: August 10, 2012 | KEITH R. OLIVER |
| 2 | | OLIVER & ASSOCIATES |
| 3 | | By:  /s/ Keith Oliver |
| | | KEITH OLIVER |
| 4 | | |
| 5 | | Attorneys for Plaintiff |
| | | Dana Y. Coward |

**IT IS SO ORDERED**

**Date: 8/10/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIP AND ORDER RE FILING AMENDED COMPLAINT
Case No.  2:11-cv-03378-GEB-DAD
sa-66492

1