1  MICHAEL STUSIAK (CA SBN 142952)
   MStusiak@mofo.com
2  MORRISON & FOERSTER LLP
   400 Capitol Mall, Suite 2600
3  Sacramento, California  95814-4428
   Telephone: 916.448.3200
4
   MICHAEL J. AGOGLIA (CA SBN 154810)
5  MAgoglia@mofo.com
   MORRISON & FOERSTER LLP
6  425 Market Street
   San Francisco, California  94105-2482
7  Telephone: 415.268.7000
   Facsimile:  415.268.7522
8
   Attorneys for Defendant
9  JPMORGAN CHASE BANK, N.A.

10

11                    UNITED STATES DISTRICT COURT

12                    EASTERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  DANA Y. COWARD, | Case No.  2:11-cv-03378-GEB-DAD |
| 15       Plaintiff, | **STIPULATION AND ORDER RE FURTHER EXTENSION OF** |
| 16       v. | **TIME TO RESPOND TO PLAINTIFF'S THIRD AMENDED** |
| 17  JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and DOES 1-20, | **COMPLAINT.** |
| 18       Defendant(s). | |

20

21       Pursuant to Civil Local Rule 6-144 (a), it is hereby stipulated by and between plaintiff

22  Dana Y. Coward ("Plaintiff") and defendant JPMorgan Chase Bank, N.A. ("Chase"), through

23  their respective counsel, as follows:

24       WHEREAS:  On July 6, 2012, the Court approved and entered as an order the parties'

25  stipulation to extend Chase's deadline to respond to Plaintiff's Third Amended Complaint from

26  July 16, 2012, until August 17, 2012, in order to enable the parties to discuss resolution of the

27  case and accommodate the unavailability of Plaintiff or her counsel over a substantial period of

28  July; and

1    WHEREAS:  After the parties engaged in discussions toward resolving the case, Plaintiff's counsel has informed counsel for Chase on August 6, 2012, that Plaintiff has decided to proceed *in propria persona* and has requested her counsel to seek permission from the Court to withdraw from the case pursuant to Local Rule 83-182(d); and

   WHEREAS:  The parties agree to extend Chase's deadline to respond to the Third Amended Complaint to accommodate the transition Plaintiff is initiating with respect to her representation, including her counsel's noticed motion to withdraw to be heard on or after September 10, 2012, as well as whatever changes in judicial assignment the Court may undertake pursuant to Local Rules 72-302(c)(21), 72-302(d).  Chase intends to move to dismiss the Third Amended Complaint in whole or in part, and extending Chase's deadline to do so will relieve Plaintiff of immediate duties to respond to such a motion during the transition in her representation and provide Chase with calendaring certainty after the Court determines whether the case will proceed before Judge Burrell or revert to Magistrate Drozd.

   **NOW, THEREFORE, PLAINTIFF AND JPMORGAN DO HEREBY STIPULATE AS FOLLOWS:**

   1.   Chase's current August 17, 2012, deadline to file a responsive pleading to Plaintiff's third amended complaint is extended to September 28, 2012.

Dated: August 10, 2012            MICHAEL STUSIAK
                                  MORRISON & FOERSTER LLP

                                  By:   /s/ Michael Stusiak
                                        MICHAEL STUSIAK

                                  Attorneys for Defendant
                                  JPMorgan Chase Bank N.A.

STIP AND ORDER RE FILING AMENDED COMPLAINT
Case No.  2:11-cv-03378-GEB-DAD
sa-66492

1

1  Dated: August 10, 2012                KEITH R. OLIVER
                                         OLIVER & ASSOCIATES
2

3                                        By:  /s/ Keith Oliver
                                              KEITH OLIVER
4
                                         Attorneys for Plaintiff
5                                        Dana Y. Coward

6

7

8  **IT IS SO ORDERED**

9  **Date: 8/10/2012**

10

11
                                         _____
12                                       GARLAND E. BURRELL, JR.
                                         Senior United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP AND ORDER RE FILING AMENDED COMPLAINT
Case No.  2:11-cv-03378-GEB-DAD                                                                1
sa-66492