MICHAEL STUSIAK (CA SBN 142952)
MStusiak@mofo.com
MORRISON & FOERSTER LLP
400 Capitol Mall, Suite 2600
Sacramento, California  95814-4428
Telephone: 916.448.3200

MICHAEL J. AGOGLIA (CA SBN 154810)
MAgoglia@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile:  415.268.7522

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA Y. COWARD,<br><br>        Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and DOES 1-20,<br><br>        Defendant(s). | Case No.  2:11-cv-03378-GEB-DAD<br><br>**STIPULATION AND ORDER RE FURTHER EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT.** |

Pursuant to Civil Local Rule 6-144 (a), it is hereby stipulated by and between plaintiff Dana Y. Coward ("Plaintiff") and defendant JPMorgan Chase Bank, N.A. ("Chase"), through their respective counsel, as follows:

WHEREAS:  On July 6, 2012, the Court approved the parties' stipulation to extend Chase's deadline to respond to Plaintiff's Third Amended Complaint from July 16, 2012, until August 17, 2012, in order to enable the parties to discuss resolution of the case and accommodate the unavailability of Plaintiff or her counsel over a substantial period of July; and

WHEREAS: After Plaintiff announced to her counsel and Chase that she had decided to discharge her counsel and seek other counsel or proceed *in propria persona*, the Court on August 10, 2012, approved the parties' stipulation to further extend Chase's deadline to respond to Plaintiff's Third Amended Complaint from August 17, 2012, until September 28, 2012, in order to accommodate Plaintiff's counsel's motion to seek permission from the Court to withdraw from the case pursuant to Local Rule 83-182(d) in view of Plaintiff's decision; and

WHEREAS: at the time of the stipulation Plaintiff's counsel originally anticipated setting his motion to withdraw for hearing on September 10, 2012, but in fact the motion now has been calendared for hearing on September 24, 2012, such that Chase's deadline to file a responsive pleading is only four days after hearing on the motion to withdraw; and

WHEREAS: The parties agree to further extend Chase's deadline to respond to the Third Amended Complaint to accommodate the transition Plaintiff is initiating with respect to her representation, including her counsel's noticed motion to withdraw to be heard on or after September 24, 2012, as well as whatever changes in judicial assignment the Court may undertake pursuant to Local Rules 72-302(c)(21), 72-302(d). Chase intends to move to dismiss the single remaining claim in the Third Amended Complaint, and extending Chase's deadline to do so will relieve Plaintiff of immediate duties to respond to such a motion during the transition in her representation and provide Chase with calendaring certainty after the Court determines whether the case will proceed before Judge Burrell or revert to Magistrate Drozd.

**NOW, THEREFORE, PLAINTIFF AND JPMORGAN DO HEREBY STIPULATE AS FOLLOWS:**

1. Chase's current September 28, 2012, deadline to file a responsive pleading to Plaintiff's third amended complaint is extended to October 19, 2012.

| | |
|---|---|
| Dated: September 4, 2012 | MICHAEL STUSIAK<br>MORRISON & FOERSTER LLP<br><br>By:  /s/ Michael Stusiak<br>       MICHAEL STUSIAK<br><br>Attorneys for Defendant<br>JPMorgan Chase Bank N.A. |
| Dated: September 4, 2012 | KEITH R. OLIVER<br>OLIVER & ASSOCIATES<br><br>By:  /s/ Keith Oliver<br>       KEITH OLIVER<br><br>Attorneys for Plaintiff<br>Dana Y. Coward |

**IT IS SO ORDERED**

**Date: 9/7/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge