MICHAEL STUSIAK (CA SBN 142952)
MStusiak@mofo.com
MORRISON & FOERSTER LLP
400 Capitol Mall, Suite 2600
Sacramento, California 95814-4428
Telephone: 916.448.3200

MICHAEL J. AGOGLIA (CA SBN 154810)
MAgoglia@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA Y. COWARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and DOES 1-20,<br><br>　　　　　Defendant(s). | Case No. 2:11-cv-03378-GEB-DAD<br><br>**STIPULATION AND ORDER RE FURTHER EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT.** |

　　　　Pursuant to Civil Local Rule 6-144 (a), it is hereby stipulated by and between plaintiff Dana Y. Coward ("Plaintiff") and defendant JPMorgan Chase Bank, N.A. ("Chase"), through their respective counsel, as follows:

　　　　WHEREAS: On July 6, 2012, the Court approved the parties' stipulation to extend Chase's deadline to respond to Plaintiff's Third Amended Complaint from July 16, 2012, until August 17, 2012, in order to enable the parties to discuss resolution of the case and accommodate the unavailability of Plaintiff or her counsel over a substantial period of July; and

1  WHEREAS: After Plaintiff announced to her counsel and Chase that she had decided to
2  discharge her counsel and seek other counsel or proceed *in propria persona*, the Court on
3  August 10, 2012, approved the parties' stipulation to further extend Chase's deadline to respond
4  to Plaintiff's Third Amended Complaint from August 17, 2012, until September 28, 2012, in
5  order to accommodate Plaintiff's counsel's motion to seek permission from the Court to withdraw
6  from the case pursuant to Local Rule 83-182(d) in view of Plaintiff's decision; and

7  WHEREAS: at the time of the stipulation Plaintiff's counsel originally anticipated setting
8  his motion to withdraw for hearing on September 10, 2012, but in fact the motion now has been
9  calendared for hearing on September 24, 2012, such that Chase's deadline to file a responsive
10 pleading is only four days after hearing on the motion to withdraw; and

11 WHEREAS: The parties agree to further extend Chase's deadline to respond to the Third
12 Amended Complaint to accommodate the transition Plaintiff is initiating with respect to her
13 representation, including her counsel's noticed motion to withdraw to be heard on or after
14 September 24, 2012, as well as whatever changes in judicial assignment the Court may undertake
15 pursuant to Local Rules 72-302(c)(21), 72-302(d). Chase intends to move to dismiss the single
16 remaining claim in the Third Amended Complaint, and extending Chase's deadline to do so will
17 relieve Plaintiff of immediate duties to respond to such a motion during the transition in her
18 representation and provide Chase with calendaring certainty after the Court determines whether
19 the case will proceed before Judge Burrell or revert to Magistrate Drozd.

20 **NOW, THEREFORE, PLAINTIFF AND JPMORGAN DO HEREBY STIPULATE**
21 **AS FOLLOWS:**

22  1.  Chase's current September 28, 2012, deadline to file a responsive pleading to
23 Plaintiff's third amended complaint is extended to October 19, 2012.

| | | |
|---|---|---|
| 1 | Dated: September 4, 2012 | MICHAEL STUSIAK |
| 2 | | MORRISON & FOERSTER LLP |

By:  /s/ Michael Stusiak
         MICHAEL STUSIAK

Attorneys for Defendant
JPMorgan Chase Bank N.A.

Dated: September 4, 2012        KEITH R. OLIVER
                                OLIVER & ASSOCIATES

By:  /s/ Keith Oliver
         KEITH OLIVER

Attorneys for Plaintiff
Dana Y. Coward

**IT IS SO ORDERED**

**Date: 9/7/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge