IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANA Y. COWARD,

    Plaintiff,　　　　　　　　　　No. 2:11-cv-3378 GEB AC PS

    vs.

JP MORGAN CHASE BANK,

    Defendant.　　　　　　　　　　ORDER
_____/

    This matter was referred to the undersigned for pretrial management on September 13, 2012 because counsel for plaintiff withdrew and plaintiff was proceeding pro se. See ECF No. 47; Local Rule 302(c)(21).

    On March 8, 2013, new counsel appeared for plaintiff. ECF No. 67. Accordingly, all pretrial matters, other than discovery motions, should now be noticed before the District Judge assigned to this action. The court notes that there are presently pending the undersigned's February 19, 2012 findings and recommendations on defendant's October 19, 2012 motion to dismiss and plaintiff's March 8, 2013 motion for extension of time to file objections to the findings and recommendations.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is referred back to the District Judge assigned to this action.

2. All dates pending before the undersigned are vacated; and

3. Henceforth the caption on documents filed in this action shall be 2:11-cv-3378 GEB AC.

DATED: March 12, 2013.

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;cowa3378.refer