Hal E. Wright, SBN 157814
216 F Street, Ste116
Davis, California, 95616
(530) 616-8529
(530) 231-2861 (fax)
halwrightlaw@gmail.com
Attorney for Plaintiff, Dana Y. Coward

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA Y. COWARD, | Case No. 2:11-cv-03378-GEB |
| Plaintiff, | **PLAINTIFF DANA COWARD'S MOTION TO STAY PROCEEDINGS TO ALLOW PLAINTIFF TO AMEND COMPLAINT AND TO EXHAUST ADMINISTRATIVE REMEDIES** |
| v. | |
| J.P. MORGAN CHASE | F.R.C.P. 52 |
| Defendant. | |

Plaintiff hereby requests that the Court stay the ruling on the dismissal in this matter to allow Plaintiff to exhaust her administrative remedies as required by the Financial Institutions Reform, Recovery, and Enforcement Act of 1999 ("FIRREA").

Plaintiff as been pro se for much of these proceedings and the record reflects how complicated this matter has become and how overwhelmed this Plaintiff is.  She was not aware, or had been told otherwise, that filing a FIRREA claim was in all likelihood a precedent to filing this action.

Plaintiff has also filed a motion for leave to amend her complaint pursuant to Rule 15 ( c) of the Federal Rules of Civil Procedure.

## ARGUMENT

The Plaintiff and her spouse, who has been serving this country in Iraq since 2003, lost their home through improper conduct, we contend, on the part of J.P. Morgan Chase and/or Washington Mutual. There is a long procedural history in this matter and a plethora of legal cases to sift through. It is understandable that the Plaintiff has felt intimidated and overwhelmed. She is not familiar with rules of pleading, rules of practice and the morass of federal rules and cases relating to the regulation of financial institutions.

The defendant financial institutions, we contend, have misled her and bullied her from the beginning and she has felt abandoned by attorneys.

We respectfully maintain that this plaintiff should not be precluded from bringing her claims forward because she does not understand the system; especially when there are still administrative processes available to flesh out exactly what has happened here and who, if anyone, is to blame.

An investigation by the FDIC may bring new information to light which would salvage this action by amendment.

We implore this Court to exercise its discretion and stay these proceedings pending the outcome of the FIRREA claim Plaintiff intends to file this week.

Respectfully Submitted,

Dated: March 25, 2013      By: _____

Hal E Wright
Attorney for Plaintiff, Dana Y. Coward