```
Hal E. Wright, SBN 157814
216 F Street, Ste116
Davis, California, 95616
(530) 616-8529
(530) 231-2861 (fax)
halwrightlaw@gmail.com
Attorney for Plaintiff, Dana Y. Coward
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA Y. COWARD, ) | Case No. 2:11-cv-03378-GEB |
| ) | |
| Plaintiff, ) | **PLAINTIFF DANA COWARD'S** |
| ) | **NOTICE OF MOTION** |
| ) | **FOR STAY** |
| v. ) | |
| ) | Date:  April 25, 2013 |
| ) | Time:  10:00 a.m. |
| J.P. MORGAN CHASE ) | Place: Courtroom 1, 13th Floor |
| ) | Judge: Honorable Garland E. Burrell, Jr. |
| Defendant. ) | |
| ) | |
| _____ ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on April 25, 2013 at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 10 of this Court located at 501 I Street, Sacramento, California, plaintiff Dana Coward will move the Court, pursuant to Federal Rule of Civil Procedure 52, for a stay of these proceedings so that plaintiff may file a FIRREA claim and amend her complaint.

This motion is based on this Notice of Motion, the accompanying Memorandum, all other papers and pleadings on file in this action, and such matters and arguments as may be presented at the hearing on the motion.

Plaintiffs Notice of Motion for Stay    -1-    Case No. 2:11-cv-03378-GEB

1
2
3
4  Dated: March 25, 2013                    By: _____
5                                           Hal E Wright
                                            Attorney for Plaintiff, Dana Y. Coward
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28