UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA Y. COWARD,<br><br>        Plaintiff,<br><br>    v.<br><br>J.P. MORGAN CHASE,<br><br>        Defendant. | No.  2:11-cv-03378-GEB-AC<br><br>**ORDER TO SHOW CAUSE;** ***IN PRO PER*** **REFERRAL** |

       On October 4, 2013, Plaintiff filed a writing, *in pro per*, in which she requests "a continuance to file an amended complaint (4th) . . . due to [her] attorney [of] record [being] no longer able to practice law." (ECF No. 81.)

       A review of the California State Bar website reveals that Plaintiff's attorney of record, Hal Wright, has been ineligible to practice in the United States District Court for the Eastern District of California since at least June 14, 2013.[1] See E.D. Cal. R. 180(a) ("Admission to and continuing membership in the Bar of this Court are limited to attorneys who are active members in good standing of the State Bar of California."). Further, Local Rules 180(c) and 184(b) require attorneys to "promptly notify the Court" of any "change in status" and "any

---

[1] The State Bar of California, http://members.calbar.ca.gov/fal/Member/Detail/157814 (last visited October 23, 2013).

1

disciplinary action" that "would make the attorney ineligible to practice in this Court." However, Mr. Wright did not notify the Court of his change in status.

Therefore, Mr. Wright is Ordered to Show Cause ("OSC") in a writing to be filed no later than November 1, 2013, why he should not be sanctioned five hundred dollars ($500.00) for failing to comply with Local Rules 180(c) and 184(b). The written response shall state whether a hearing is requested on the OSC. If a hearing is requested, it will be held November 25, 2013.

Further, under these circumstances, it is apparent that Plaintiff is proceeding *in pro per*. Future service and contact information for Plaintiff is the following:

> Dana Coward
> 7405A Greenback Lane, #215
> Citrus Heights, CA 95610
> (916) 534-2960

Also, since Plaintiff is proceeding *in pro per*, this case is referred to the assigned magistrate judge under Local Rule 302(c)(21).

Dated: October 23, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge

2