UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA Y. COWARD,<br><br>            Plaintiff,<br><br>      v.<br><br>J.P. MORGAN CHASE,<br><br>            Defendant. | No. 2:11-cv-03378-GEB-AC<br><br>**ORDER IMPOSING MONETARY SANCTION** |

        An Order to Show Cause ("OSC") filed October 24, 2013, directed Plaintiff's former counsel, Hal Wright, to explain why he should not be sanctioned five hundred dollars ($500.00) for failing to comply with Local Rules 180(c) and 184(b), which require an attorney to notify the court of any change in status that makes one ineligible to practice in this court. (OSC 2:4-7, ECF No. 82.)

        Mr. Wright did not respond to the OSC. Therefore, Hal Wright and/or the Law Office of Hal E. Wright are sanctioned five hundred dollars ($500.00). This sanction shall be paid to the Clerk of this Court no later than 4:00 p.m. on November 12, 2013, by a check made payable to the "United States Treasury." Proof of

1

payment shall be filed within five (5) days of payment. This sanction is personal to Mr. Wright or his law firm.

Dated: November 5, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2