UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA Y. COWARD,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JP MORGAN CHASE BANK,<br><br>　　　　　　Defendant. | No.  2:11-cv-3378 GEB AC PS<br><br><br>ORDER |

　　　　The Court previously dismissed this diversity action for lack of subject matter jurisdiction and failure to state a claim.  Plaintiff has since filed a Notice of Appeal and a motion to proceed in forma pauperis ("IFP") on appeal.[1]

　　　　An indigent party who cannot afford the expense of pursuing an appeal may file a motion for leave to proceed IFP.  Fed. R. App. P. 24(a); 28 U.S.C. § 1915(a)(1).  Pursuant to Federal Rule of Appellate Procedure 24(a), "a party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court."  The party must attach an affidavit that (1) shows in detail "the party's inability to pay or give security for fees and costs," (2) "claims an entitlement to redress," and (3) "states the issues that the party intends to present on appeal."  Fed. R. App. P. 24(a)(1).  However, even if a party provides proof of indigence, "an appeal may

---

[1] This matter was removed by defendant on December 20, 2011, at which time defendant paid the filing fee in full.

1

1  not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good
2  faith." 28 U.S.C. § 1915(a)(3). An appeal is in "good faith" where it seeks review of any issue
3  that is "nonfrivolous." Hooker v. American Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002). An
4  issue is "frivolous" if it has "no arguable basis in fact or law." See O'Loughlin v. Doe, 920 F.2d
5  614, 617 (9th Cir. 1990).

6      Here, plaintiff has filed a short form of an application to proceed IFP. She has not,
7  however, attached an affidavit that shows in detail her inability to pay, that "claims an entitlement
8  to redress," or that states the issues that she wishes to present on appeal. Moreover, the short
9  form filed reveals that plaintiff receives $3,000 per month as take-home pay and that her monthly
10 expenses are $2,346, approximately $700 less than her income.[2] Because plaintiff has not
11 established that she is financially qualified for IFP status, her application will be denied.

12     Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to proceed in forma
13 pauperis (ECF No. 103) is denied.

14 DATED: August 6, 2014

15
16 ALLISON CLAIRE
   UNITED STATES MAGISTRATE JUDGE

---

[2] She also indicates that she has a $500 car repair expense, though it is unclear if this is a monthly expense or a one-time expense. See ECF No. 103 at 2.